# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DEBORAH CLARK, individually and on behalf of all others similarly situated, | Case No. 6:17-cv-00692-WWB-EJK |
| Plaintiff, | |
| v. | |
| FDS BANK and DEPARTMENT STORES NATIONAL BANK, | |
| Defendants. _____ / | |
| FDS BANK and DEPARTMENT STORES NATIONAL BANK, | |
| Third-Party Plaintiffs, | |
| v. | |
| RONDA MERCER, | |
| Third-Party Defendant. _____ / | |

## **JOINT NOTICE OF CLASS SETTLEMENT**

The Parties, Plaintiff Deborah Clark and Defendants FDS Bank and Department Stores National Bank, through their respective counsel, respectfully advise the Court that they have reached an agreement in principle to settle this matter on a class-wide basis, in addition to the third-party claims thereto. The Parties are currently in the process of finalizing the terms of the agreement as well as working to prepare the related filings such as Plaintiff's motion for preliminary approval of the class settlement. In light of this, the Parties respectfully request that the above-captioned litigation, and all outstanding deadlines as set forth in the case management order (Doc. 160) and amendments thereto (Doc. 242) be stayed, with the Parties to submit an updated joint status report no later than thirty (30) days from today's date.

Respectfully submitted this 14th day of February, 2020.

| | |
|---|---|
| **s/Keith J. Keogh**<br>Keith J. Keogh<br>Florida Bar No. 126335<br>E-Mail: Keith@KeoghLaw.com<br>Keogh Law, LTD.<br>55 W. Monroe St., Ste. 3390<br>Chicago, IL 60603<br>Telephone: (312) 726-1092<br>Facsimile: (312) 726-1093<br><br>-and-<br><br>William Peerce Howard<br>Florida Bar No. 0103330<br>Billy@TheConsumerProectionFirm.com<br>Amanda J. Allen<br>Florida Bar No. 098288<br>Amanda@TheConsumerProectionFirm.com<br>The Consumer Protection Firm, PLLC<br>4030 Henderson Boulevard<br>Tampa, FL 33629<br>Telephone: (813) 500-1500<br><br>*Attorneys for Plaintiff* | **s/Christopher W. Prusaski**<br>Frank A. Zacherl<br>Florida Bar No. 0868094<br>fzacherl@shutts.com<br>Christopher W. Prusaski<br>Florida Bar No. 121525<br>cprusaski@shutts.com<br>SHUTTS & BOWEN LLP<br>200 S. Biscayne Blvd., Suite 4100<br>Miami, Florida 33131<br>Telephone: (305) 358-6300<br>Facsimile:  (305) 381-9982<br><br>-and-<br><br>Ryan C. Reinert<br>Florida Bar No. 81989<br>rreinert@shutts.com<br>SHUTTS & BOWEN LLP<br>4301 W. Boy Scout Blvd., Suite 300<br>Tampa, Florida 33607<br>Telephone: (813) 229-8900<br>Facsimile:  (813) 229-8901<br><br>-and-<br><br>Aahren Rodriguez DePalma<br>(*Pro Hac Vice*)<br>EDMO Bar No. 60619MO<br>aahren.depalma@macys.com<br>MACY'S LAW DEPARTMENT<br>11477 Olde Cabin Road, Suite 400<br>Creve Coeur, Missouri 63141<br>Telephone: (314) 342-6454<br><br>*Counsel for Defendants/Third Party Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, who will send a notice of electronic filing to all counsel of record.

**s/Christopher W. Prusaski**
Christopher W. Prusaski