**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DEBORAH CLARK,

        Plaintiff,

v.                                            Case No: 6:17-cv-692-Orl-78EJK

FDS BANK and DEPARTMENT
STORES NATIONAL BANK,

        Defendants/Third
        Party Plaintiff,

RONDA MERCER,

        Third Party
Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on periodic review of the file. On February 14, 2020, the parties filed a Joint Notice of Class Settlement (Doc. 249), wherein the parties advised this Court that a settlement has been reached in this matter.

It is hereby **ORDERED** and **ADJUDGED** that the parties shall file a joint motion for preliminary approval of the settlement or otherwise advise the Court of the status of this litigation on or before **April 30, 2020**.

**DONE AND ORDERED** in Orlando, Florida on April 9, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record