UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DEBORAH CLARK,**

      **Plaintiff,**

v.                                        Case No:   6:17-cv-692-Orl-78EJK

**FDS BANK and DEPARTMENT STORES NATIONAL BANK,**

      **Defendants.**

_____/

# ORDER

This cause come before the Court in regards to the parties' Joint Motion for Preliminary Approval of Class Action Settlement (the "Motion"), filed June 1, 2020, which has been referred to the undersigned for issuance of a Report and Recommendation. (Doc. 261.) In the Motion, the parties request that the Court adopt the following schedule of events to take place between granting the Motion and holding the fairness hearing:

| | |
|---|---|
| Deadline to Identify Class Members | **120 days from order granting preliminary approval** |
| Deadline for notice to be provided to the Class Members & for filing of Plaintiff's Motion for Attorneys' Fees and Costs and Service Awards | **45 days after the identification of putative class members** |
| Deadline for Class Members to either:<br>A. file any objection, file any notice of their or their counsel's intent to appear at the fairness hearing and the bases therefor, or to submit requests for exclusion (*i.e.* "Opt-out and Objection Period"); or<br>B. Submit a Claim Form ("Claim Period") | **105 days after order granting preliminary approval** |

| Deadline for Parties to file:<br>A. list of persons who made timely and proper requests for exclusion;<br>B. proof of class notice; and<br>C. motion and memorandum in support of final approval and related matter, including responses to any objections | **165 days after the expiration of the Opt-Out, Objection, and Claim Periods** |
|---|---|
| Fairness Hearing | **No earlier than 179 days after the Order granting the preliminary approval** |

(Docs. 261 at 20–21; 261-1, § 3.1.1.) However, as currently drafted, the deadline for the putative class members to opt-out, object, or submit a claim occurs *prior to* the parties' deadline to identify the putative class members. The Court cannot approve an agreement that does not provide sufficient time for putative class members to opt-out of, submit a claim for, or object to the settlement. Accordingly, the parties are **ORDERED** to provide the Court, **on or before August 28, 2020**, a revised suggested schedule of events leading up to the fairness hearing, along with briefing that explains the appropriateness of the suggested schedule.

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2020.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties