**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DEBORAH CLARK,

          Plaintiff,

v.                                        Case No:  6:17-cv-692-Orl-78EJK

FDS BANK and DEPARTMENT
STORES NATIONAL BANK,

          Defendants/Third
          Party Plaintiff,

RONDA MERCER,

          Third Party
Defendant.

&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Unopposed Renewed Motion to Substitute (Doc. 275).  The named-Plaintiff in this litigation, Deborah Clark, passed away on June 23, 2020.  (*See* Doc. 269-1 at 2).  On September 16, 2020, counsel filed a Motion (Doc. 269) requesting that her estate be substituted as the proper party in this litigation pursuant to Federal Rule of Civil Procedure 25(a)(1).  The Motion was denied as premature because no personal representative had been appointed at that time and for failure to state a proper legal basis for substitution.  (Doc. 271 at 2).  On September 22, 2020, Ronda Mercer was appointed as the personal representative of the estate.  (Doc. 274-1 at 1; Doc. 274-2 at 1).  As a result, counsel now asks this Court to substitute Ronda Mercer, as personal representative of the estate of Deborah Clark, as the named-Plaintiff in this litigation.

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party."  While such motions should be freely granted, "the language of the Rule is permissive and the decision whether to substitute parties lies within the discretion of the trial judge."  *Valle v. Singer*, No. 3:11-cv-700-J-34TEM, 2011 WL 13186681, at \*7 (M.D. Fla. Dec. 7, 2011) (quotation and citation omitted).  For the reasons set forth in the Renewed Motion, and noting that Defendants do not object to the substitution, the Court finds that substitution is proper under Rule 25.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiffs' Unopposed Renewed Motion to Substitute (Doc. 275) is **GRANTED**.

2. Ronda Mercer, as personal representative of the estate of Deborah Clark, is substituted as the named-Plaintiff in this action in place of Deborah Clark. The Clerk is directed to amend the case style accordingly.

3. The Joint Motion for Preliminary Approval of Class Action Settlement (Doc. 261), which was based on Deborah Clark acting as class representative, is **DENIED as moot**.

4. On or before **February 5, 2021**, the parties shall file a renewed motion for preliminary approval or otherwise advise this Court as to the status of this litigation.

**DONE AND ORDERED** in Orlando, Florida on January 26, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record