# APPENDIX 2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DEBORAH CLARK, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

FDS BANK and DEPARTMENT STORES
NATIONAL BANK,

    Defendants.

_____

FDS BANK and DEPARTMENT STORES
NATIONAL BANK,

    Third-Party Plaintiffs,

v.

RONDA MERCER,

    Third-Party Defendant.

CASE NO.: 6:17-cv-00692-CEM-TBS

## DECLARATION OF DEBORAH CLARK

I, Deborah Clark, declares under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1.    Deborah Clark, provides this declaration in support of Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (the "Motion"). The Motion seeks to certify a class against FDS Bank and Department Stores National Bank for TCPA violations, and to name me as class representative. The following facts are true and correct to my own knowledge, and if called upon to testify, I could and would testify competently thereto.

2. My primary residence is located in Orlando, Florida.

3. I received robodialer calls from FDS Bank and Department Stores National Bank for another person's account.

4. I told the defendants they were calling the wrong number on multiple occasions.

5. I suffered significant losses as a result of the wrongdoing detailed and alleged in the Amended Class Action Complaint filed on March 13, 2018 ("Amended Complaint").

6. I seek statutory damages for the losses I suffered.

7. Neither I, nor anyone else affiliated with me, have received, been promised or offered, and will not accept, any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this action.

8. I receive regular updates from my attorneys regarding this litigation. My attorneys have apprised me of all major developments, including the filing of the Amended Complaint, Defendant's Third Party Complaint, the many hearings, my Independent Medical Examination ("IME") report and status of discovery.

9. Due to some unexpected health issues, there was a delay in providing my deposition. Therefore, Defendants requested an IME to determine whether or not I had the capacity to give a deposition and otherwise prosecute my class action lawsuit.

10. The IME took place May 3, 2019, with Defendants' examiner, Daniel Jacobs, M.D. Dr. Jacobs opined that my health would not be an issue in participating in a trial.

11. I sat for my deposition on October 2, 2019.

12. I have no ongoing financial or fiduciary relationship with any of my attorneys.

13. I understand that if appointed as class representative, I will have a responsibility to monitor and remain informed regarding the status and progress of the litigation and the prospects for resolution. I will, among other things, review pleadings, motions, and other

2

materials received from class counsel, and where appropriate, offer input and advice. I will remain personally available to class counsel as needed to fulfill my role as class representative.

14. I will continue to take an active role in the supervision of class counsel to ensure the litigation is handled in an efficient manner. I will continue to monitor the litigation for the best interests of the entire class.

15. Moreover, I will vigorously pursue the claims against the defendants in order to obtain the maximum possible recovery on behalf of the class.

Executed in  Orange County, Florida on November 25, 2019.

											_____
											Deborah Clark

3

materials received from class counsel, and where appropriate, offer input and advice. I will remain personally available to class counsel as needed to fulfill my role as class representative.

14. I will continue to take an active role in the supervision of class counsel to ensure the litigation is handled in an efficient manner. I will continue to monitor the litigation for the best interests of the entire class.

15. Moreover, I will vigorously pursue the claims against the defendants in order to obtain the maximum possible recovery on behalf of the class.

Executed in Orange County, Florida on November 25, 2019.

_____
Deborah Clark

3