# APPENDIX 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronda Mercer, as Personal Representative
of The Estate of Deborah Denise Clark
a/k/a Deborah D. Clark, Deceased, , individually
and on behalf of all others similarly situated,
Plaintiff,

                                        Case No. 6:17-cv-00692-WWB-EJK

v.

FDS BANK and DEPARTMENT STORES
NATIONAL BANK,

    Defendants.
_____?
FDS BANK and DEPARTMENT STORES
NATIONAL BANK,

Third-Party Plaintiffs,

v.

RONDA MERCER,
Third-Party Defendant.
_____/

## DECLARATION OF WILLIAM "BILLY" PEERCE HOWARD

I, William "Billy" Peerce Howard, hereby declares as follows:

1. My name is William "Billy" Peerce Howard and I am over the age of 18.

2. I am an attorney duly admitted to practice law in the state of Florida. I practice in the area of consumer class action and individual consumer rights cases and have practiced in this area for the past 24 years.

3. I am the managing partner of The Consumer Protection Firm, PLLC. We help individuals nationwide in a wide variety of consumer protection issues

including victims of harassing and abusive collection tactics, violations of the Telephone Consumer Protection Act ("TCPA"). I also litigated hundreds of other consumer rights lawsuits including: Fair Debt Collection Practice Act ("FDCPA"), Fair Credit Reporting Act ("FCRA"), Unfair and Deceptive Trade Practices, Illegal Tape Recordings, Civil Theft, Fraud, Florida Consumer Collection Practices Act ("FCCPA") and Intentional Infliction of Emotional Distress claims.

4. I have testified in Tallahassee before an Insurance and Banking Subcommittee to help defeat a proposed change to Florida's consumer protection law from the banking industry.

5. I was asked by the Federal Trade Committee ("FTC") to round-table in D.C. concerning the use of social media, including Facebook, to collect debts and locate consumers.

6. I obtained a punitive damages verdict against a national debt collection company and have gone to trial numerous times in consumer cases against large companies and debt collectors.

7. I am regarded as an expert in consumer rights cases and have frequently appeared on national news stations including: Inside Edition, World News Tonight with Dianne Sawyer, 60 Minutes, CNN, ABC Nightly News, Nightline, Fox, Fox and Friends, CBS and NBC. I have also been the subject of hundreds of on-line articles world-wide concerning some of my high-profile consumer rights cases.

8. I have lectured at colleges and given seminars concerning consumer rights and recently did a webinar on the TCPA.

9. I regularly lecture at the National Consumer Law Center's (NCLC).

10. As a law student, I clerked for The Honorable Edward Rodgers and tried numerous cases as a Certified Legal Intern for the Palm Beach State Attorney's Office.

11. I also worked for numerous nationwide insurance companies and obtained a million-dollar verdict in a civil theft trial.

12. Some of my notable rulings include:

i) *Zyburo v. NCSPLUS, Inc.,* United States District Court, Southern District of New York, 1:12-cv-06677-JSR, Lead Counsel in a certified TCPA class action where defendant called plaintiff concerning someone else's debt and continued to do so after Plaintiff asked for calls to stop. Case settled two days before a bench trial was set in front of the Honorable Jed Rakoff. Plaintiff's counsel was also awarded sanctions in the amount of $38,041.63 for fees and costs due to defendant's misconduct. (Doc. 18) (Doc. 57) (Doc. 62) (Doc. 88)

ii) *McCaskill v. Navient Solutions Inc. No. 8:2015-cv-01559,* Lead counsel in obtaining the then largest TCPA summary judgment, $363,500.00, in an individual case in the country.

iii) *Jaquita Lyons v. Dish Network, LLC*, M.D. Florida, 3:12-cv-199-J- 32MCR, Lead counsel in one of the only Orders standing for the proposition that punitive damages are available in TCPA cases.

iv) *Page v. Regions Bank*, 2012 WL 6913593 (N.D. Ala. 2012), Lead counsel in the first opinion in the Eleventh Circuit to rule that the "called party" has standing to bring a TCPA claim.

v) *Fini v. Dish Network, LLC,* United States District Court, Middle District of Florida, 6:12-cv-00690-ACC-TBS, Lead Counsel in TCPA case standing for the proposition that the regular user of the phone has standing to bring a case.

vi) *Kathy Clements v. DSM Supply LLC*, 2014 WL 560561 (M.D. Fla. 2014) and *Brian Gambon v. Regent Asset Management Solutions,*

- 3 -

*Inc.*, 2015 WL 64561 (M.D. Fla. 2015), both TCPA cases ruling that after notice of incorrect calls, each subsequent violation was considered willful and knowing and thus worth $1,500.00.

vii)   *Coniglio v. Bank of America, N.A.*, 2014 WL 5366248 (M.D. Fla. 2014), final default TCPA judgment issued in the amount of $1,051,000.00 asserting that each call placed after verbally requesting for the calls to stop were worth $1,500.00 each, reversed on different issue.

viii)   *Heather Howard v. MBNA America Bank, N.A.*, Thirteenth Judicial Circuit of Florida, Hillsborough County, 06-CA-01942 and *Heather Howard v. Wolpoff & Abramson, LLP*, Thirteenth Judicial Circuit of Florida, Hillsborough County, 06-CA-001045, allowing punitive damages for alleged false credit reporting and violations of the FCCPA.

ix)   *Deleon v. Bank of America, N.A.,* United States District Court, Middle District of Florida, 6:09-cv-0125-CEM-KRS, Lead Counsel in a certified class action where defendant charged plaintiffs with late fees for on-time payments.

13.   I have served as Plaintiff's Counsel in the following Class Actions:

   a.   *Swaney v Regions Bank*, United States District Court Northern District of Alabama, Southern Division, Case No. 2:13-cv-00544; (settled)

   b.   *Cook and Bermudez v. Palmer Riefler & Associates, P.A.,* United States District Court, Middle District of Florida, Jacksonville Division, Case No.: 3:16-cv-673; (settled)

   c.   *Glasser v. Hilton Grand Vacations,* United States District Court, Middle District of Florida, Tampa Division, Case No. 8:16-cv-00952. (appeal)

   d.   *Clark v. Macy's Credit and Customer Services, Inc.,* United States District Court, Middle District of Florida, Orlando Division, Case No: 6:17-cv-692; (settled)

   e.   *Sawyer v Intermex*, United States District Court, Southern District of Florida, Miami Division, Case No. 1:19-cv-

- 4 -

       22212; (settled)

f.    *Morgan v. Orlando Health, Inc.,* United States District Court, Middle District of Florida, Orlando Division, Case No. 6:17-cv-1972;

g.    *Murray v Gatestone & Co.,* United States District Court, District of Arizona, Phoenix Division, Case No. 2:19-cv-05674; (PHV);

h.    *Mey v John Doe, et al,* United States District Court, Northern District of West Virginia, Wheeling Division, Case No. 5:19-cv-00237;

i.    *Stephens v Availity LLC,* United States District Court, Middle District of Florida, Ocala Division, Case No. 5:19-cv-00236;

j.    *Ahmed v Comenity Bank,* United States District Court, Central District of California, Southern Division, 8:20-cv-00453; (PHV pending);

k.    *Corinti v Asset Plus Corporation*, United States District Court, Northern District of Florida, Tallahassee Division, Case No. 4:20-cv-00173;

l.    *Mitchell v Nursecon,* United States District Court, Southern District of Florida, Miami Division, Case No. 1:20-cv-21503;

m.    *Perna v American Campus Communities,* United States District Court, Middle District of Florida, Jacksonville Division, Case No. 1:20-cv-0391.

n.    *Longo, Spatz, Pomeroy and Nassar v. Campus Advantage, Inc., and BYL Collection Serivces, LLC,* United States District Court, Middle District of Florida, Tampa Division, Case No. 8:20-cv-02651-KKM-TGW

o.    *Stoll and Imhof v. Muscoluoskeletal Institue, Chartered d/b/a Florida Orthopaedic Institute,* United States District Court, Middle District of Florida, Tampa Division, Case No. 8:20-

cv-01798.

p. *In Re: Capital One Consumer Data Security Breach Litigation*, United States District Court, Eastern District of Virginia, Alexandria Division, Case No. 1:19-md-02916;

q. *Wilson v. Badcock Home Furniture,* United States District Court, Middle District of Florida, Tampa Division, Case No. 8:17-cv-02739.

r. *In Re: Blackbaud, Inc. Customer Data Breach Litigation*, United States District Court, District of South Carolina, Columbia Division, Case No. 3:20-mn-02972.

s. *Kivett v. Whole Foods Market, Inc., and Whole Foods Market California, Inc.* Superior Court of the State of California, County of Santa Clara, 21-cv-387976.

14. My firm's unreimbursed costs and expenses in this case totaled $5,718.90.

| 8/9/2019 | Hearing Transcript | $415.85 |
|---|---|---|
| 5/14/2019 | Hearing Transcript | $28.80 |
| 11/7/2019 | US Legal Deposition Transcript | $112.50 |
| 11/8/2019 | US Legal Deposition Transcript | $112.50 |
| 12/27/2019 | Mediation Invoice | $2,503.80 |
| 5/30/2019 | Trial Consulting Services, LLC analysis and summaries of calling records for Ms. Clark's deposition and mediation presentation | $2,193.75 |
| 6/13/2022 | Travel and Lodging for Hearing | $351.70 |
| | Total Expenses: | **$5,718.90** |

15. I believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interest of the Settlement Class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2022.

*/s/ William "Billy" Peerce Howard*
WILLIAM "BILLY" PEERCE HOWARD, ESQ.